**AKERMAN SENTERFITT LLP**
BRYAN M. LEIFER (SBN 265837)
Email: bryan.leifer@akerman.com
KATALINA BAUMANN (SBN 278606)
Email: katalina.baumann@akerman.com
725 South Figueroa Street, 38th Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

Attorneys for Defendants
SUNTRUST MORTGAGE, INC. and
U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE OF BAFC 2006-5

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN S. BITKER, an individual, and KAREN S. BITKER, SUCCESSOR TRUSTEE OF THE M.K. BITKER LIVING TRUSTED DATED AUGUST 9, 1995,<br><br>        Plaintiffs,<br><br>v.<br><br>SUNTRUST MORTGAGE, INC., a business entity form unknown, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE OF BAFC 2006-5, a business entity form unknown, THE WOLF FIRM, a business entity form unknown, and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No. 3:13-cv-00656-CAB-WMC<br>Honorable Cathy Ann Bencivengo<br><br>**JOINT STIPULATION TO FURTHER CONTINUE HEARING DATES**<br><br>Current Hearing<br>Date:   June 21, 2013<br>Time:   3:00 p.m.<br>Ctrm:   4C<br><br>**New Hearing<br>Date:   August 9, 2013<br>Time:   2:30 p.m.<br>Ctrm:   4C**<br><br><br>Complaint Filed:   March 4, 2013<br>Removed on:       March 20, 2013 |

**JOINT STIPULATION TO FURTHER CONTINUE HEARING DATES**

**TO THE COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

Defendants SunTrust Mortgage, Inc. (**SunTrust**) and U.S. Bank National Association, as Trustee of BAFC 2006-5 (**U.S. Bank**) (collectively, **Defendants**) and plaintiffs Karen S. Bitker and Karen S. Bitker, Successor Trustee of the M.K. Bitker Living Trusted Dated August 9, 1995 (**Plaintiffs**) (collectively, **the Parties**) hereby enter into this Stipulation to stay this litigation in order to enable the parties to focus on settlement negotiations.

WHEREAS, The Parties are currently engaged in settlement negotiations;

WHEREAS, The Parties agree to continue the preliminary injunction hearing currently scheduled for June 21, 2013 to August 9, 2013, and continue the motion to dismiss hearing currently scheduled for June 21, 2013 to August 9, 2013;

WHEREAS, the opposition to the application for preliminary injunction and the opposition to the motion to dismiss shall be filed and electronically served via email no later than July 26, 2013;

WHEREAS, the reply in support of the application for preliminary injunction and the reply in support of the motion to dismiss shall be filed and electronically served via email no later than August 2, 2013;

///
///
///
///
///
///
///
///
///
///
///

WHEREAS, The terms of the Temporary Restraining Order will remain in effect until the Court has made a ruling on the Preliminary Injunction.

Dated: May 29, 2013                                    Respectfully submitted,

**AKERMAN SENTERFITT LLP**


By*:      /s/  Bryan M. Leifer*
                Bryan M. Leifer
                Katalina Baumann
Attorneys for Defendants
SUNTRUST MORTGAGE, INC. and
U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE OF BAFC 2006-5


**LAW OFFICES OF JOSEPH R. MANNING, JR.**


By:      */s/  Babak Hashemi*
                Joseph R. Manning, Jr.
                Babak Hashemi
Attorneys for Plaintiffs
KAREN S. BITKER, and KAREN S. BITKER, SUCCESSOR OF THE M.K. BITKER LIVING TRUSTED DATED AUGUST 9, 1995

.