1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**AKERMAN SENTERFITT LLP**
BRYAN M. LEIFER (SBN 265837)
Email: bryan.leifer@akerman.com
KATALINA BAUMANN (SBN 278606)
Email: katalina.baumann@akerman.com
725 South Figueroa Street, 38ᵗʰ Floor
Los Angeles, California 90017-5433
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Attorneys for Defendants
SUNTRUST MORTGAGE, INC. and
U.S. BANK NATIONAL ASSOCIATION,
AS TRUSTEE OF BAFC 2006-5

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

KAREN S. BITKER, an individual, and
KAREN S. BITKER, SUCCESSOR
TRUSTEE OF THE M.K. BITKER
LIVING TRUSTED DATED AUGUST 9,
1995,

        Plaintiffs,

v.

SUNTRUST MORTGAGE, INC., a
business entity form unknown, U.S. BANK
NATIONAL ASSOCIATION, AS
TRUSTEE OF BAFC 2006-5, a business
entity form unknown, THE WOLF FIRM,
a business entity form unknown, and DOES
1 through 100, inclusive,

        Defendants.

Case No. 3:13-cv-00656-CAB-WMC
Honorable Cathy Ann Bencivengo

**JOINT STIPULATION TO
CONTINUE HEARING DATES**

Current Hearing
Date:   August 9, 2013
Time:   2:30 p.m.
Ctrm:   4C

**New Hearing**
**Date:   September 20, 2013**
**Time:   2:30 p.m.**
**Ctrm:  4C**

Complaint Filed:   March 4, 2013
Removed on:     March 20, 2013

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

**TO THE COURT, ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

Defendants SunTrust Mortgage, Inc. (**SunTrust**) and U.S. Bank National Association, as Trustee of BAFC 2006-5 (**U.S. Bank**) (collectively, **defendants**) and plaintiffs Karen S. Bitker and Karen S. Bitker, Successor Trustee of the M.K. Bitker Living Trusted Dated August 9, 1995 (**plaintiffs**) (collectively, **the parties**) hereby enter into this Stipulation to stay this litigation in order to enable the parties to continue to focus on settlement negotiations.

WHEREAS, the parties are currently engaged in settlement negotiations;

WHEREAS, the parties agree to continue the preliminary injunction hearing currently scheduled for August 9, 2013 to September 20, 2013, and continue the motion to dismiss hearing currently scheduled for August 9, 2013 to September 20, 2013;

WHEREAS, the opposition to the application for preliminary injunction and the opposition to the motion to dismiss shall be filed and electronically served via email no later than September 6, 2013;

WHEREAS, the reply in support of the application for preliminary injunction and the reply in support of the motion to dismiss shall be filed and electronically served via email no later than September 13, 2013;

///
///
///
///
///
///
///
///
///
///

JOINT STIPULATION TO CONTINUE HEARING DATES

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

1    WHEREAS, The terms of the Temporary Restraining Order will remain in effect

2  until the Court has made a ruling on the Preliminary Injunction.

3  Dated: July 23, 2013                          Respectfully submitted,

4                                                **AKERMAN SENTERFITT LLP**

5

6                                                By*:      /s/  Bryan M. Leifer*
                                                     Bryan M. Leifer
7                                                    Katalina Baumann
                                                 Attorneys for Defendants
8                                                SUNTRUST MORTGAGE, INC. and
                                                 U.S. BANK NATIONAL ASSOCIATION,
9                                                AS TRUSTEE OF BAFC 2006-5

10

11                                               **LAW OFFICES OF JOSEPH R.
                                                 MANNING, JR.**

12

13                                               By:____ */s/  Babak Hashemi*_____
                                                     Joseph R. Manning, Jr.
14                                                   Babak Hashemi
                                                 Attorneys for Plaintiffs
15                                               KAREN S. BITKER, and KAREN S.
                                                 BITKER, SUCCESSOR OF THE M.K.
16                                               BITKER LIVING TRUSTED DATED
                                                 AUGUST 9, 1995
17

18

19

20

21

22

23

24

25

26

27

28

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342